# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Cheryl Lynn Brock          CASE NUMBER: 18-03856-EE

<u>OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND</u>

<u>CHARGES</u>

TO:  Chapter 13 Trustee

United States Trustee
<u>USTPRegion05.JA.ECF@usdoj.gov</u>

AFFECTED CREDITORS:
Vanderbilt Mortgage
c/o CT Corp System
645 Lakeland E Dr#101
Maryville, TN  37802

    COMES NOW the debtor and objects to the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed February 27, 2019 by Vanderbilt Mortgage and Finance, Inc., and would show unto the Court as follows:

    1.  Vanderbilt Mortgage and Finance, Inc. seeks repayment for $683.00 in Insurance Advances with a presumed incurred date of 12/17/18.

    2.  The documents attached to the Notice of Postpetition Mortgage Fees seems to indicate the policies are from 2013 - 2014.

    WHEREFORE, Debtor(s) pray that the Objection be sustained, and that the amounts sought by Vanderbilt be disallowed. Alternatively, if the amounts are for a more recent time, Debtor requests that the proper documentation be provided to counsel below for review.

    Respectfully submitted on March 11, 2019.,

                                       Cheryl Lynn Brock

                                       BY:<u>/s/ Bryce C. Kunz</u>

BRYCE C. KUNZ
RICHARD R. GRINDSTAFF, MS BAR NO. 5036
BRYCE C. KUNZ, MS BAR NO. 105185
P.O. BOX 720517
BYRAM MS 39272-0517
(601) 346-6443

## CERTIFICATE OF SERVICE

    This is to certify that I, the undersigned attorney of record for the Debtor(s), have this date mailed, postage prepaid, by United States Mail, a true and correct copy of the above and foregoing Motion for Modification of Confirmed Plan and Notice of Motion to the Trustee, U.S. Trustee and the affected creditors at the above listed addresses or by ECF Notification System.

Chapter 13 Trustee

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov
The following at their addresses listed in the schedules: Vanderbilt Mortgage, c/o CT Corp System 645 Lakeland E Dr#101,
  Maryville, TN  37802

    SO CERTIFIED on this, March 11, 2019.

                                            /s/ Bryce C. Kunz
                                            BRYCE C. KUNZ