___



      **SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: April 5, 2019**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                         CHAPTER 13 NO.:

**CHERYL LYNN BROCK**                          18 – 03856 – NPO

### O R D E R

    THIS CAUSE came before the Court on the Trustee's Motion to Modify (DK #25); after notice and opportunity for hearing, and the Court being fully advised in the premises does hereby find and Order as follows:

    THAT, no response has been timely filed herein.

    THAT, the Trustee's Motion to Modify, is well taken.

    THAT, the Debtor's plan is hereby modified to pay Vanderbilt Mortgage and Finance, Inc. the amount of $683.00 over the remaining term of the confirmed plan.

    THAT, the Debtor's wage order shall be amended as necessary to comply with the terms of this order.

    THAT, the indebtedness of those creditors not timely filing proof of claims shall be paid $0.00 and said indebtednesses shall be discharged upon completion of this plan.

##END OF ORDER##

SUBMITTED BY:

*/s/ Justin B. Jones*

JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX:  601/362-8826
EMAIL: HJB@HBARKLEY13.COM